**Order entered March 19, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00114-CV

## WALGREENS CO. AND DR. ANN FAN, D. PHARM, Appellants

## V.

## ANNA MARIE HERNANDEZ, Appellee

### On Appeal from the 380th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 380-03727-2020

## ORDER

Appellants appeal from the trial court's interlocutory order denying their motion to dismiss for appellee's allegedly inadequate expert report. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 74.351. Appellants' brief on the merits is currently due March 22, 2021. Before the Court is appellants' March 17, 2021 unopposed motion to abate this appeal to allow time for appellee to designate a new expert, appellants to decide whether to oppose that expert, and the trial court to rule on any objection appellants may assert. We **GRANT** the motion **to the extent** that we

**ORDER** appellants to file, **within sixty days** of the date of this order, (1) their brief on the merits; (2) a motion to dismiss the appeal; or (3) a status report.

/s/    KEN MOLBERG
           JUSTICE